## Fultineer v. Bertz et al., Appellants.

Argued April 25, 1972. Before Jones, C. J., Eagen, O'Brien, Roberts, Pomeroy, Nix and Manderino, JJ.

*John O. Shirk,* with him *Barley, Snyder, Cooper & Mueller, John R. Gibbel,* and *Geisenberger, Zimmerman, Pfannebecker & Gibbel,* for appellants.

*Robert M. Strickler,* with him *Markowitz, Kagen & Griffith,* for plaintiff appellee.

Opinion Per Curiam, January 19, 1973:

The decree of the lower court entering summary judgment for appellee is affirmed. Costs on appellants.